1030

[No. 8430–9–II. Division Two. January 8, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
LAWRENCE GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 84–1–00077–7, Waldo F. Stone, J., entered
December 18, 1984. *Affirmed* by unpublished opinion per
Pearson, J. Pro Tem., concurred in by Day and Meiner, JJ.
Pro Tem.

[No. 8029–0–II. Division Two. January 8, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
S. KING, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 84–1–00127–3, Karen B. Conoley, J., entered
July 23, 1984. *Affirmed* by unpublished opinion per Brach-
tenbach, J. Pro Tem., concurred in by Cunningham and
Swayze, JJ. Pro Tem.

[No. 8298–5–II. Division Two. January 8, 1987.]

GEORGE N. HENRY, *Appellant*, v. ELKE M. ARTHURS,
ET AL, *Respondents*, SAFECO INSURANCE
COMPANY, *Intervenor*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 40861, David R. Draper, J., entered November
8, 1984. *Affirmed* by unpublished opinion per Wieland, J.
Pro Tem., concurred in by Day and Pearson, JJ. Pro Tem.